| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Smith, Ortrie D. | 2. Court or Organization U.S.D.C. MO, Western District | 3. Date of Report 3/20/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  Room 8552 U.S. Couthouse 400 East 9th Street Kansas City, MO 64106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Historical Society of the United States Courts for the Eighth Circuit |
| 2. Secretary | Historical Society of the United States Courts for the Eighth Circuit - Western District of Missouri Branch |
| 3. Director | YMCA of the Rockies |
| 4. Director | Lawyers Encouraging Academic Performance (LEAP) |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAR 26 A 10: 57 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/20/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/20/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Intel Corp - Com Stk | A | Dividend | J | T | | | | | |
| 2.  Microsoft Corp - Com Stk | A | Dividend | K | T | | | | | |
| 3.  Wal-Mart Stores, Inc. - Com Stk | A | Dividend | | | Sold | 10/14 | K | C | |
| 4.  New Perspective Fund, Inc. | A | Dividend | K | T | | | | | |
| 5.  Oracle Corp | | None | K | T | | | | | |
| 6.  Garmin Ltd. | B | Dividend | K | T | Partial Sale | 1/09 | J | D | |
| 7. | | | | | Buy | 6/11 | J | | |
| 8. | | | | | Buy | 11/3 | J | | |
| 9. | | | | | Buy | 12/18 | K | | |
| 10.  Ishares MSCI | B | Dividend | J | T | | | | | |
| 11.  Ishares Trust DJ Selected | A | Dividend | J | T | | | | | |
| 12.  Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 13.  Putnam Equity Income CL A | | None | | | Sold | 12/18 | K | A | |
| 14.  Putnam New Value CL A | A | Dividend | | | Sold | 12/18 | J | A | |
| 15.  Cerner Corp. | | None | K | T | | | | | |
| 16.  Berkshire Hathaway, CL B | | None | K | T | Buy | 11/3 | J | | |
| 17.  Russell Microcap Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Regions Financial Corp. | A | Dividend | | | Sold | 12/19 | J | D | |
| 19. A/F Europacific Growth A | A | Dividend | K | T | | | | | |
| 20. Putnam Int'l. Capital Opportunities Fund CL A | A | Dividend | | | Sold | 12/18 | J | A | |
| 21. Ishares DJ US Energy Sector Index Fund | | None | J | T | | | | | |
| 22. Putnam Capital Opportunities | B | Dividend | | | Sold | 12/18 | J | A | |
| 23. Ishares TR Russell 2000 Value Index Fund | A | Dividend | J | T | | | | | |
| 24. Ishares S&P Smallcap 600 Value Barra Index Fund | A | Dividend | J | T | | | | | |
| 25. Ishares TR Russell 2000 Index Fund | A | Dividend | J | T | | | | | |
| 26. Ishares Trust S&P Smallcap 600 Index Fund | A | Dividend | J | T | Sold (part) | 12/29 | J | A | |
| 27. AFLAC Corporation | A | Dividend | | | Sold (part) | 3/5 | J | C | |
| 28. | | | | | Sold (part) | 9/12 | J | C | |
| 29. American International Group | A | Dividend | J | T | Sold (part) | 3/5 | J | A | |
| 30. | | | | | Buy | 11/3 | J | | |
| 31. Ishares Russell Midcap Index Value Fund | A | Dividend | | | Sold | 12/29 | J | A | |
| 32. Ishares TR S&P Midcap 400 Value Barra Index Fund | A | Dividend | J | T | | | | | |
| 33. Regions FDIC | A | Interest | | | Sold | 12/19 | J | A | |
| 34. Ishares Cohen & Steers Realty | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares GS Natural Resources | A | Dividend | J | T | | | | | |
| 36. Ishares MSCI & Merging Markets | A | Dividend | J | T | | | | | |
| 37. Ishares Morningstar | A | Dividend | J | T | | | | | |
| 38. Ishares TR DJ Basic Mat Index | A | Dividend | J | T | | | | | |
| 39. Powershares QQQ Trust Series I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Smith, Ortrie D. | 3/20/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/20/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

CHAMBERS OF
**JAMES KNOLL GARDNER**
UNITED STATES DISTRICT JUDGE

EDWARD N. CAHN UNITED STATES COURTHOUSE
504 WEST HAMILTON STREET, SUITE 4701
ALLENTOWN, PENNSYLVANIA 18101
(610) 434-3457

April 20, 2009

Otrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:  Financial Disclosure Report for Calendar Year 2007;
     Amendment of Financial Disclosure Reports for
     Calendar Years 2002 through 2007

Dear Mr. Smith:

        This is in response to the January 30, 2009 letter from Staff Counsel George D. Reynolds and earlier letters concerning my Financial Disclosure Report for Calendar Year 2007 dated July 11, 2008.  The purpose of this letter is to amend my 2007 report pursuant to your August 12, 2008 letter as follows:

        Section VII., Investments and Trusts, Line 12, on page 4 of the report currently reads:

| A. Description of Assets | B.(2) Income Type | C.(1) Value Code | C.(2) Value Method | D.(1) Transaction Type | D.(2) Date | D.(3) Value Code | D.(5) Identity of buyer/ seller |
|---|---|---|---|---|---|---|---|
| Amgen, Inc. - common stock | None | J | T | Sell | 2/21 | J | N/A |

        Please amend line 12 to eliminate the responses "J" and "T" in boxes C.(1) and C.(2).  Please also complete box D.(4) as follows:

| D.(4) Gain Code |
|---|
| A |

**Smith_Ortrie_D 2**

All the remaining boxes A., B.(2), D.(1), D.(2), D.(3) and D.(5) remain unchanged.

Section VII., Line 76, on page 8 currently reads

| A. Description of Assets | B.(1) Income Amount Code | B.(2) Type | C.(1) Value Code | C.(2) Value Method |
|---|---|---|---|---|
| Fun $ Investment Club - Partnership | A | Dividend | J | T |

The income from this asset reported on line 76 first became reportable in the report for calendar year 2007. Prior to that its income was below the reporting threshold. However, an "(X)" notation in column A would be inaccurate because the year-end value of the asset was above the reporting threshold for each report period from the initial report for calendar year 2002 onward. The listing of this asset was inadvertently omitted from each report for calendar year 2002 through 2006. When the oversight was discovered, the asset was reported for the first time in the report for calendar year 2007 in the format indicated above.

Accordingly, another purpose of this letter is to amend my Financial Disclosure Report for each calendar year 2002 through 2006 with the identical amendment in Section VII., Investments and Trusts, by the addition of an additional line as follows:

| Report for Calendr Year | Line Number |
|---|---|
| 2002 | 85 |
| 2003 | 57 |
| 2004 | 96 |
| 2005 | 79 |
| 2006 | 82 |

Otrie D. Smith, Chair
Committee on Financial Disclosure
April 20, 2009
Page 3

Each of the above lines should read:

| A.<br>Description of<br>Assets | B.(1)<br>Income<br>Amount<br>Code | B.(2)<br>Type | C.(1)<br>Value Code | C.(2)<br>Value<br>Method |
|---|---|---|---|---|
| Fun $ Investment Club - Partnership | A | Dividend | J | U |

Please also amend Section VII., Line 76 of the report for Calendar Year 2007, Column C.(2), Value Method, to change the designation from "T" to "U".

Do not hesitate to contact me if your require anything additional.

Please acknowledge receipt of these amendments.

Thank you for your cooperation.



JKG:ces

| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2008** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith, Ortrie D. | 2. Court or Organization<br><br>U.S.D.C. MO, Western District | 3. Date of Report<br><br>3/20/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Room 8552 U.S. Couthouse<br>400 East 9th Street<br>Kansas City, MO 64106 | 8. On the basis of the information contained in this Report and any<br>    modifications pertaining thereto, it is, in my opinion, in compliance<br>    with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Historical Society of the United States Courts for the Eighth Circuit |
| 2. Secretary | Historical Society of the United States Courts for the Eighth Circuit - Western District of Missouri Branch |
| 3. Director | YMCA of the Rockies |
| 4. Director | Lawyers Encouraging Academic Performance (LEAP) |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAR 26 A 10: 57 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/20/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/20/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Intel Corp - Com Stk | A | Dividend | J | T | | | | | |
| 2. Microsoft Corp - Com Stk | A | Dividend | K | T | | | | | |
| 3. Wal-Mart Stores, Inc. - Com Stk | A | Dividend | | | Sold | 10/14 | K | C | |
| 4. New Perspective Fund, Inc. | A | Dividend | K | T | | | | | |
| 5. Oracle Corp | | None | K | T | | | | | |
| 6. Garmin Ltd. | B | Dividend | K | T | Partial Sale | 1/09 | J | D | |
| 7. | | | | | Buy | 6/11 | J | | |
| 8. | | | | | Buy | 11/3 | J | | |
| 9. | | | | | Buy | 12/18 | K | | |
| 10. Ishares MSCI | B | Dividend | J | T | | | | | |
| 11. Ishares Trust DJ Selected | A | Dividend | J | T | | | | | |
| 12. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 13. Putnam Equity Income CL A | | None | | | Sold | 12/18 | K | A | |
| 14. Putnam New Value CL A | A | Dividend | | | Sold | 12/18 | J | A | |
| 15. Cerner Corp. | | None | K | T | | | | | |
| 16. Berkshire Hathaway, CL B | | None | K | T | Buy | 11/3 | J | | |
| 17. Russell Microcap Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/20/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Regions Financial Corp. | A | Dividend | | | Sold | 12/19 | J | D | |
| 19. A/F Europacific Growth A | A | Dividend | K | T | | | | | |
| 20. Putnam Int'l. Capital Opportunities Fund CL A | A | Dividend | | | Sold | 12/18 | J | A | |
| 21. Ishares DJ US Energy Sector Index Fund | | None | J | T | | | | | |
| 22. Putnam Capital Opportunities | B | Dividend | | | Sold | 12/18 | J | A | |
| 23. Ishares TR Russell 2000 Value Index Fund | A | Dividend | J | T | | | | | |
| 24. Ishares S&P Smallcap 600 Value Barra Index Fund | A | Dividend | J | T | | | | | |
| 25. Ishares TR Russell 2000 Index Fund | A | Dividend | J | T | | | | | |
| 26. Ishares Trust S&P Smallcap 600 Index Fund | A | Dividend | J | T | Sold (part) | 12/29 | J | A | |
| 27. AFLAC Corporation | A | Dividend | | | Sold (part) | 3/5 | J | C | |
| 28. | | | | | Sold (part) | 9/12 | J | C | |
| 29. American International Group | A | Dividend | J | T | Sold (part) | 3/5 | J | A | |
| 30. | | | | | Buy | 11/3 | J | | |
| 31. Ishares Russell Midcap Index Value Fund | A | Dividend | | | Sold | 12/29 | J | A | |
| 32. Ishares TR S&P Midcap 400 Value Barra Index Fund | A | Dividend | J | T | | | | | |
| 33. Regions FDIC | A | Interest | | | Sold | 12/19 | J | A | |
| 34. Ishares Cohen & Steers Realty | B | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Ortrie D. | 3/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares GS Natural Resources | A | Dividend | J | T | | | | | |
| 36. Ishares MSCI & Merging Markets | A | Dividend | J | T | | | | | |
| 37. Ishares Morningstar | A | Dividend | J | T | | | | | |
| 38. Ishares TR DJ Basic Mat Index | A | Dividend | J | T | | | | | |
| 39. Powershares QQQ Trust Series I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Smith, Ortrie D. | 3/20/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544